THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ruby Fernandez, Appellant,
 v.
 Brewer Foods, Inc., Respondent.
 
 
 

Appeal From Allendale County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No.  2009-UP-070
Submitted February 2, 2009  Filed
 February 9, 2009
AFFIRMED

 
 
 
 R. Bentz Kirby and Glenn Walters, both of Orangeburg, for
 Appellant.
 John M. Grantland, E. Raymond Moore III and William H. Frye, all
 of Columbia and Mark B. Tinsley, of Allendale, for Respondent.
 
 
 

PER CURIAM:  Ruby Fernandez appeals the trial court's
 dismissal of her negligence suit against Brewer Foods.  Fernandez argues the
 trial court erred in granting Brewer Foods's motion for directed verdict and
 prohibiting Fernandez from asking her expert witness a hypothetical question.  We affirm pursuant to Rule 220(b)(1),
 SCACR, and the following authorities:  Armstrong
 v. Food Lion, Inc., 371 S.C. 271, 276,
 639 S.E.2d 50, 52 (2006) (holding the trial court's ruling will be reversed
 only where no evidence supports the ruling or where the ruling is controlled by
 an error of law); Gazes v. Dillard's Dep't Store, Inc., 341 S.C. 507, 514-15,
 534 S.E.2d 306, 310 (Ct. App. 2000) (explaining a hypothetical question to an
 expert must be based on facts supported by the evidence).

AFFIRMED.[1]
THOMAS, GEATHERS, JJ., and GOOLSBY, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.